Jeffrey A. Kobulnick, SB# 228299
  E-Mail: jkobulnick@lewtthackman.com
Heidy Nurinda, SB# 333188
  E-Mail: hnurinda@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Facsimile:  (818) 981-4764

Attorneys for Plaintiff,
STUPPLER & COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STUPPLER & COMPANY, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>MONEY METALS EXCHANGE, LLC, an Idaho limited liability company; BULLION INTERNATIONAL, INC. D.B.A. THE HIGHLAND MINT, a Florida corporation; WESTMINSTER MINT, INC., a Minnesota corporation; MICHAEL KOTT, SR., an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>1. **TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);**<br>2. **UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a);**<br>3. **UNFAIR COMPETITION (Cal. Bus. & Prof. § 17200).**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff STUPPLER & COMPANY, INC., ("Plaintiff" or "Stuppler"), by and through this complaint against Defendants MONEY METALS EXCHANGE, LLC ("Money Metals"), BULLION INTERNATIONAL, INC., D.B.A. THE HIGHLAND MINT ("Highland"), WESTMINSTER MINT INC., ("Westminster"), MICHAEL KOTT, SR. ("Kott") (collectively "Defendants"), and DOES 1 through 10, inclusive, alleges to the Court as follows:

# INTRODUCTION

1. Plaintiff, Stuppler, is the owner of the highly distinctive trademark MAKE AMERICA GREAT AGAIN, which it has used in connection with its upscale collectible and commemorative coins since at least as early as January 25, 2019. Plaintiff currently sells its coin products online, including through Amazon.com. Plaintiff owns a federal trademark registration for its MAKE AMERICA GREAT AGAIN mark, namely U.S. Trademark Registration Number 5,858,902, registered in International Class 14, for collectible coins. Plaintiff has also filed a declaration of incontestability under Section 15 of the Lanham Act with the U.S. Patent and Trademark Office for its registered mark.

2. Plaintiff has marketed and sold its coins under the MAKE AMERICA GREAT AGAIN mark for more than five years and has invested substantial time and resources in developing the mark and goodwill associated therewith.

3. Defendants are improperly seeking to benefit from Plaintiff's MAKE AMERICA GREAT AGAIN mark by using the same mark in connection with their own collectible coins online. Defendants seek to trade off of the positive goodwill that Plaintiff's MAKE AMERICA GREAT AGAIN mark enjoys among consumers, such that consumers have been and are likely to continue to be misled and confused as to the source, sponsorship, affiliation and/or endorsement of Defendants' goods.

# JURISDICTION AND VENUE

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b), because this action arises under the laws of the United States – namely, the Lanham Act. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) of the related state law claims that are factually interdependent with the federal law claims, and that arise from the same case or controversy.

5. Upon information and belief, this Court has personal jurisdiction over Defendants in that they transact substantial business in the State of California. By way of example only, Defendants regularly advertise their business, products and services online to consumers throughout the United States, including this judicial district.

6. Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

7. Upon information and belief, venue is also proper in this District pursuant to 28 U.S.C. §§ 1391(b)(3) and 1391(c)(2) because Defendants are business entities subject to this Court's personal jurisdiction.

## THE PARTIES

8. Plaintiff STUPPLER & COMPANY, INC. ("Plaintiff") is a California corporation having its principal place of business at 5855 Topanga Canyon Blvd. Suite 410, Woodland Hills, California 91367.

9. Defendant MONEY METALS EXCHANGE, LLC. ("Money Metals") is an Idaho limited liability company, having a business address at P.O. Box 49246, Charlotte, North Carolina 28277.

10. Defendant BULLION INTERNATIONAL, INC. D.B.A. THE HIGHLAND MINT ("Highland") is a Florida corporation, having its principal place of business at 4100 North Riverside Drive, Melbourne, Florida 32937.

11. Defendant WESTMINSTER MINT, INC. ("Westminster") is a Minnesota corporation, having its principal place of business at 1000 Twelve Oaks Center Dr., Suite 100, Wayzata, Minnesota 55391.

12. Defendant MICHAEL KOTT ("Kott") is an individual residing in Florida.

13. Plaintiff is informed and believes, and thereon alleges that Highland and Westminster are affiliates of each other, and that both entities are owned and controlled by Kott.

14. Plaintiff is informed and believes, and thereon alleges that at all times mentioned herein, Defendants Highland, Westminster and Kott shared a unity of interest. Specifically, each of these Defendants are the alter ego of each other, in that each is not only influenced and governed by each other, but there exists such a unity of interest between them that the individuality and separateness of each of them have ceased, and the facts are such that an adherence to the fiction of the separate existence

of each them would, under the particular circumstances, sanction a fraud or promote injustice.

15. Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOES 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will seek to amend this Complaint to allege such names and capacities as soon as they are ascertained. Plaintiff is informed and believes, and on that basis alleges, that each of the fictitiously-named defendants is in some manner responsible, liable and/or obligated to Plaintiff in connection with the acts alleged herein.

## GENERAL ALLEGATIONS

### Plaintiff's Trademark Rights

16. Plaintiff is a California corporation that was formed in or about January 1995.

17. Plaintiff is the owner of all rights in and to the MAKE AMERICA GREAT AGAIN mark for use with collectible coins and commemorative coins, including as shown in Plaintiff's federal trademark registration with the U.S. Patent and Trademark Office ("USPTO"), Registration Number 5,858,902.

18. Plaintiff's federal trademark registration is valid and subsisting, and is evidence that Plaintiff owns the exclusive right to the MAKE AMERICA GREAT AGAIN mark for use related to coins. Plaintiff has also filed a declaration of incontestability for its mark with the USPTO pursuant to Section 15 of the Lanham Act.

19. Plaintiff has sold coins in connection with its highly distinctive MAKE AMERICA GREAT AGAIN mark since at least as early as January 25, 2019.

20. Plaintiff currently sells its coins nationally, online, including through Amazon.com through which shoppers can purchase various coin and coin collectable items.

21. Plaintiff has expended substantial time and resources in developing its MAKE AMERICA GREAT AGAIN brand, including the goodwill associated therewith. As a result, consumers have come to recognize Plaintiff's MAKE AMERICA

GREAT AGAIN mark as identifying Plaintiff's collectible coins.

**Defendants' Misconduct**

22. Upon information and belief, sometime in 2024, long after Plaintiff had established its own trademark rights, Defendant Highland created coin products to be sold using Plaintiff's MAKE AMERICA GREAT AGAIN mark, and without Plaintiff's authorization.

23. Upon information and belief, Highland and Kott created and sold at least 1,571 units of unauthorized MAKE AMERICA GREAT AGAIN coins to Defendants Money Metals and Westminster for resale.

24. Upon information and belief, Highland and Kott sold at least 1,300 units of the unauthorized MAKE AMERICA GREAT AGAIN coins to Money Metals, which offered them for sale to consumers through its website www.moneymetals.com, as shown in **Exhibit 1**.

25. Plaintiff is informed and believes that Highland and Kott sold at least 271 units of unauthorized MAKE AMERICA GREAT AGAIN coins to Westminster, which were then resold to consumers.

26. Defendants' use of the MAKE AMERICA GREAT AGAIN mark is without Plaintiff's authorization.

27. Defendants have been on actual and constructive notice of their infringement, yet chose to use the identical MAKE AMERICA GREAT AGAIN trademark, in willful violation of Plaintiff's rights.

28. At all relevant times, Defendants' misconduct was intentional, willful and malicious, such that this is an exceptional case under the Lanham Act, and enhanced damages are warranted, as well as an award of attorney fees to Plaintiff.

29. Absent the intervention of this Court, Defendants' willful infringements will continue, and Plaintiff and consumers will continue to be harmed.

# COUNT ONE

## (Federal Trademark Infringement)

## (15 U.S.C. § 1114)

## (Against All Defendants)

30. Plaintiff repeats, re-alleges and hereby incorporates by reference, as though specifically pleaded herein, the allegations contained in the paragraphs above.

31. Plaintiff's federally registered MAKE AMERICA GREAT AGAIN mark and goodwill associated therewith are of great and incalculable value, highly distinctive and arbitrary and have become associated in the public mind with Plaintiff's products.

32. Upon information and belief, without Plaintiff's authorization or consent, and having actual knowledge of Plaintiff's prior rights in the MAKE AMERICA GREAT AGAIN mark, Defendants chose to use the MAKE AMERICA GREAT AGAIN mark, which is not only confusingly similar but identical to Plaintiff's MAKE AMERICA GREAT AGAIN mark in connection with the sale of coins.

33. Upon information and belief, Defendants' coins in connection with the MAKE AMERICA GREAT AGAIN mark are marketed to the same consumers and in direct competition with Plaintiff's own MAKE AMERICA GREAT AGAIN coins.

34. Defendants' unauthorized uses in commerce of the identical MAKE AMERICA GREAT AGAIN mark in connection with the sale of coins, are likely to deceive the public into believing that Defendants' products are authorized by or affiliated with Plaintiff, all to the damage and detriment of Plaintiff's reputation, goodwill and sales.

35. Defendants' acts constitute willful trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

36. Plaintiff has no adequate remedy at law and, if Defendants' activities are not enjoined, Plaintiff will continue to suffer irreparable harm and injury to its goodwill and reputation. Plaintiff is therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

37. Pursuant to 15 U.S.C. § 1117, Plaintiff is entitled to recover damages in an

1  amount to be determined at trial, including actual damages and profits made by
2  Defendants in connection with their coin sales and operations, and the costs of this
3  action.

4      38.    Furthermore, the foregoing actions of Defendants were undertaken
5  willfully and with the intention to cause confusion, mistake, or deception, thus making
6  this case exceptional under the Lanham Act and entitling Plaintiff to recover enhanced
7  damages and reasonable attorneys' fees.

## COUNT TWO

### (Unfair Competition and False Designation of Origin)

### (15 U.S.C. § 1125(a))

### (Against All Defendants)

12      39.    Plaintiff repeats, re-alleges and hereby incorporates by reference, as
13  though specifically pleaded herein, the allegations contained in the paragraphs above.

14      40.    Defendants are using Plaintiff's registered MAKE AMERICA GREAT
15  AGAIN mark without authorization in connection with the sale of coin products that
16  are of the same general nature and type as those that Plaintiff has long used in
17  connection with its own registered MAKE AMERICA GREAT AGAIN mark.

18      41.    Defendants' unauthorized uses of the MAKE AMERICA GREAT AGAIN
19  mark are likely to cause confusion to the general purchasing public as to the sources of
20  Plaintiff's and Defendants' respective products.

21      42.    By misappropriating and using the MAKE AMERICA GREAT AGAIN
22  mark, Defendants misrepresent and falsely describe to the general public the origin and
23  source of their unauthorized products and create a likelihood of confusion as to the
24  source, sponsorship, affiliation and/or endorsement of such products.

25      43.    Defendants' unlawful, unauthorized, and unlicensed coin products in
26  connection with the MAKE AMERICA GREAT AGAIN mark, create express and
27  implied misrepresentations that those goods are authorized or approved for or by
28  Plaintiff, all to Defendants' profit and Plaintiff's great damage and injury.

    44.    Defendants' aforesaid acts are in violation of Section 43(a) of the Lanham

Act, 15. U.S.C. § 1125(a), in that Defendants' uses of the MAKE AMERICA GREAT AGAIN mark, in connection with Defendants' sale of coins, in interstate commerce constitutes trademark infringement, false designation of origin, and unfair competition.

45. Plaintiff has no adequate remedy at law and, if Defendants' activities are not enjoined, Plaintiff will continue to suffer irreparable harm and injury to its business, goodwill and reputation.

46. As a result of Defendants' activities, Plaintiff has been damaged in an amount to be determined at trial, including but not limited to the costs of this action.

47. Plaintiff is entitled to recover its actual damages and Defendants' profits realized from Defendants' sale of coins in connection with the identical MAKE AMERICA GREAT AGAIN mark.

48. Furthermore, Defendants' willful violation of Plaintiff's rights with full knowledge of said rights entitles Plaintiff to recover enhanced damages and reasonable attorneys' fees.

## COUNT THREE

**(California State Unfair Competition)**

**(California Business and Professions Code §§ 17200 *et seq.*)**

**(Against All Defendants)**

49. Plaintiff repeats, re-alleges and hereby incorporates by reference, as though specifically pleaded herein, the allegations contained in the paragraphs above.

50. California Business and Professional Code section 17200, *et seq.* (the "UCL") prohibits unfair competition, that is, any unlawful, unfair or fraudulent business act or practice.

51. Defendants have committed acts of unfair competition as defined by the UCL. The aforesaid acts by Defendants are likely to cause injury to Plaintiff's reputation and result in Defendants' unfairly competing with Plaintiff in violation of the UCL.

52. Defendants' actions as alleged above violate the "unfair" prong of the UCL because (a) the utility of such actions is outweighed by the gravity of the harm they

cause to Plaintiff; (b) such actions are immoral, unethical, oppressive, unscrupulous and substantially injurious to consumers; and (c) such actions constitute incipient violations of state and federal antitrust laws.

53. Defendants' actions as alleged above violate the "fraudulent" prong of the UCL because they are likely to mislead and confuse a statistically significant percentage of reasonable consumers.

54. Defendants' actions as alleged above violate the "unlawful" prong of the UCL because those same actions also constitute violations of the state and federal statutes set forth in the Counts above. Defendants' violation of each of those statutes represents an independently actionable unlawful business practice in violation of the UCL.

55. The UCL provides that the Court may restore to any person in interest any money or property which may have been acquired by means of unfair competition.

56. As a direct and proximate result of the aforementioned acts by the Defendants, Plaintiff has suffered a monetary loss in an amount to be proven at trial. Accordingly, Plaintiff is entitled to restitution and/or disgorgement of profits realized by Defendants by reason of Defendants' unlawful acts.

57. Defendants' conduct has injured Plaintiff and unless enjoined, will continue to cause great, immediate and irreparable injury to Plaintiff.

58. Plaintiff is without an adequate remedy at law, and is therefore entitled to injunctive relief, equitable relief, and an order for restitutionary disgorgement of all of Defendants' ill-gotten gains pursuant to California Business and Professions Code § 17203. If Defendants' activities are not enjoined, Plaintiff will continue to suffer irreparable harm and injury to its goodwill and reputation. Plaintiff is therefore entitled to injunctive relief, enjoining Defendants from continuing to the use the MAKE AMERICA GREAT AGAIN mark in connection with the sale of coins in the United States.

59. Plaintiff is entitled to recover its actual damages and Defendants' profits realized from coin sales in connection with their unauthorized use of Plaintiff's MAKE

AMERICA GREAT AGAIN mark.

60. Furthermore, Defendants' willful violation of Plaintiff's rights with full knowledge of said rights entitles Plaintiff to recover enhanced damages and reasonable attorneys' fees.

61. At all relevant times, Defendants' misconduct was intentional, willful, oppressive, fraudulent and malicious, such that punitive damages are warranted.

## PRAYER

**WHEREFORE**, Plaintiff demands judgment as follows:

1. That Defendants, their owners, officers, directors, agents, servants, employees, affiliates, and all persons acting for, with, by, through or under them be preliminarily enjoined and restrained, at first during the pendency of this action and, thereafter, permanently:

    a. from using in any manner the mark MAKE AMERICA GREAT AGAIN, alone or in combination with any word or words, as part of a mark, logo, trade name, domain name or website URL in connection with the sale of coins, as well as the advertising, offering for sale or sale of coins;

    b. from passing off, inducing, or enabling others to sell or pass off any good or service as affiliated with, authorized or approved by Plaintiff;

    c. from committing any acts calculated to cause purchasers to believe that Defendants' goods or services are those sold under the control and supervision of Plaintiff, or are sponsored, affiliated, endorsed, or approved by, or MAKE AMERICA GREAT AGAIN with, or guaranteed by, or produced under the control and supervision of Plaintiff;

    d. from further infringing Plaintiff's MAKE AMERICA GREAT AGAIN mark and damaging Plaintiff's goodwill; and

    e. from otherwise competing unfairly with Plaintiff.

2. That Defendants, within thirty (30) days after service of judgment with notice of entry thereof, be required to file with the Court and serve on Plaintiff a written

report under oath with penalty of perjury setting forth in detail the manner in which Defendants have complied with paragraph 1 above.

3. That Defendants account for and pay over to Plaintiff profits realized by Defendants by reason of Defendants' unlawful acts herein alleged, and that the amount of damages from their infringements of Plaintiff's MAKE AMERICA GREAT AGAIN mark be increased by a sum not exceeding three times the amount thereof as provided by law.

4. That Plaintiff be awarded damages in an amount to be determined at trial for Defendants' willful infringements of the MAKE AMERICA GREAT AGAIN mark.

5. That Plaintiff be awarded punitive damages in an amount to be proven at trial.

6. That Plaintiff be awarded reasonable attorneys' fees and have such other and further relief as the Court may deem equitable including, but not limited to, any relief set forth in 15 U.S.C. § 1117.

7. That Defendants be ordered to disgorge all of their ill-gotten gains pursuant to California Business and Professions Code § 17203.

8. For all such further relief as the Court finds proper.

Dated:   November 25, 2024

LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN

By: */s/ Jeffrey A. Kobulnick*
JEFFREY A. KOBULNICK
HEIDY A. NURINDA
Attorneys for Plaintiff,
STUPPLER & CO., INC.

### DEMAND FOR JURY TRIAL

Plaintiff STUPPLER & CO., INC., hereby demands a trial by jury for all issues so triable in this action.

| | | |
|---|---|---|
| Dated: | November 25, 2024 | LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN |

By: */s/ Jeffrey A. Kobulnick*
    JEFFREY A. KOBULNICK
    HEIDY A. NURINDA
    Attorneys for Plaintiff,
    STUPPLER & CO., INC.

# EXHIBIT 1



Contact Us | Free Shipping on $199+ Orders PLUS Industry-Best Customer Service... | Create Account | Login

**Money Metals**
Low Prices. Fast Shipping. Most Trusted.

Search Products & Content...

(Mon-Sat) • Online 24/7
**800.800.1865**

My Cart (0)

| Gold: $2,682.60 ▼ -0.50 | Silver: $32.17 ▼ -0.04 | Platinum: $1,021.70 ▲ 0.55 | Palladium: $1,083.75 ▼ -0.15 | Rhodium: $4,850.00  0.00 | Copper: $4.65  0.00 | Other ∨ |

Silver | Gold | Other | Specials 🔥 | New Arrivals | Resources | NEWS 📰 | Programs | IRAs | Secure Storage | Sell to Us | Loans

Money Metals Exchange > Silver > July 13th Colorized Trump Silver Round (In Air-Tite Capsule) - 1 Troy Oz .999 Pure

# July 13th Colorized Trump Silver Round (In Air-Tite Capsule) - 1 Troy Oz .999 Pure

⭐⭐⭐⭐⭐ 6 Reviews






⚠ New Best Selling Trump Item on the Internet...
See All Our **Other Hot Trump Products Here**!!

**$40.16** (as low as $7.99 over spot)

[ − ]  1  [ + ]    🛒 ADD TO CART

### Your Item Total: $43.16

| Quantity | Total Price Each |
|---|---|
| 1 - 19 | $43.16 |
| 20 - 59 | $42.16 |
| 60 - 499 | $41.16 |
| 500 - 1000 | $40.16 |
| 1001+ | Call for discount |



# FREE SHIPPING
## ON ALL $199+ ORDERS
→ CLICK HERE FOR DETAILS ←

🚚 Fast Delivery   ✓ In Stock   📦 Discreet Packaging   🔒 Secure Ordering

Sell to Us Price: $33.17 each

 Click Here to Sell to Us

## RELATED PRODUCTS

   

| 1/4 oz Donald Trump Gold Round... | Trump 2024 - 5 Oz Silver Presi... | Trump 2024 - 1 Oz Silver Presi... | Donald Trump Bust - Sterling S... |
| As Low As: $751.13 | As Low As: $192.05 | As Low As: $36.16 | As Low As: $1,475.00 |
| Price & Buy | Price & Buy | Price & Buy | Price & Buy |

**Product Details** | Specifications | Sell to Us | Shipping Info

### July 13th Colorized Trump Silver Round (In Air-Tite Capsule) - 1 Troy Oz .999 Pure

The July 13th Colorized Trump Silver Round is a unique and highly detailed bullion piece produced by Highland Mint and offered by Money Metals Exchange.

This silver bullion round commemorates the significant and dramatic moment of the assassination attempt on former U.S. President Donald J. Trump on July 13th, 2024.

Encapsulated in 99.9% pure silver, each round is housed in an Air-Tite capsule to ensure its pristine condition, making it a valuable addition to any collection.

### Silver Round Highlights:

**Design:** The obverse side of these silver bullion rounds features a colorized image of President Trump with his fist in the air, set against a backdrop of the American flag. The reverse side displays the American flag with inscriptions denoting the round's purity, weight, and one of two different phrases: "FIGHT! FIGHT! FIGHT!" or "Make America Great Again."

**Purity:** Made of 99.9% pure silver, this silver round offers high-quality and investment-grade value.

**Metal Weight:** Contains 1 troy ounce (31.103 grams) of pure silver.

**Protection:** Each of these silver rounds is encased in an Air-Tite capsule to prevent scratches, tarnish, and other damage, ensuring its uncirculated condition.

**Producer:** Crafted by Highland Mint, renowned for its precision and quality in bullion products.

**Inscriptions:** Features "Donald J. Trump," "July 13, 2024," "One Troy Ounce .999 Fine Silver" on the front side, while the back features one of two different designs -- either "FIGHT! FIGHT! FIGHT!" or "Make America Great Again."

The July 13th Colorized Trump Silver Round is a standout piece for collectors, investors, and supporters of Donald Trump. It combines historical significance, political symbolism, and investment value in a beautifully crafted silver round, making it a unique and memorable addition to any collection.

### Obverse Design

The obverse side of the silver round is vividly colorized, featuring President Donald Trump in a powerful pose with his fist raised in the air, symbolizing his call to action.

This iconic image is enhanced by the American flag waving in the background, adding a patriotic touch. The inscriptions on this side include "Donald J. Trump" and the date "July 13, 2024," marking a notable event in his political career.

### Reverse Design

The reverse side of the silver round showcases the American flag, symbolizing national pride and unity. Alongside this design, the inscriptions "One Troy Ounce .999 Fine Silver."

The wording around the top of the reverse will either include the famous "FIGHT! FIGHT! FIGHT!" phrase yelled by Trump after the failed assassination attempt. OR the Trump campaign slogan, "Make America Great Again."

One of those two phrases is prominently displayed, emphasizing the purity and weight of the silver and the enduring message of the Trump campaign.

### Invest in a July 13th Colorized Trump Silver Round today!

For any inquiries (FAQs) or support, feel free to contact our dedicated customer service team at Money Metals Exchange at our phone number:

**1-800-800-1865**

Considering selling your silver bullion rounds, silver coins, silver bars, silver building blocks, silver statues, gold bars, gold rounds, gold coins, or other precious metals items? Visit the "Sell To Us" section on our website for a secure and streamlined selling experience.

Money Metals Exchange holds an A+ rating from the Better Business Bureau (BBB) and has garnered thousands of 5-star customer reviews across various platforms since 2010, underscoring our commitment to excellence and customer satisfaction nationwide.

Stay up-to-date with the latest in the precious metals market by subscribing to the Money Metals newsletter. You'll gain access to the latest news, spot prices, and expert analyses. Don't miss our weekly podcasts for in-depth insights into the market.

Join us on social media platforms like Facebook, Instagram, YouTube, X (Twitter), TikTok, and LinkedIn for continuous updates and expert views on the precious metals market. Become part of our community today!

---

### Reviews (6)
⭐⭐⭐⭐⭐
(5 out of 5)

Please **Sign In** or **Register** to leave a review

⭐⭐⭐⭐⭐  Stanley L.  August 22nd, 2024
**July 13th colorized coin**
One of my favorite coins. MONEY METALS IS THE BEST. I HIGHLY RECOMMEND.

⭐⭐⭐⭐⭐  Jerri A.  August 21st, 2024
**Silver and DJT's popularity going up, up, up!**
Very cool round. Wanted a keepsake of life in 2024. This was one of the most memorable. Bought a few as gifts. People loved it!

⭐⭐⭐⭐⭐  Terry B.  August 17th, 2024
**July 13th (Colorized) Trump 1 oz silver Round**
I cannot think of a better way to memorialize the event that took place on July 13th, 2024 than to have this beautiful colorized silver round. Just as with all of my purchases from MME it's top quality! I actually purchased 3 of these (1 to keep & 2 for gifts). Out of all of my many items from MME this one was very special to me and every patriot should own this piece of history.

⭐⭐⭐⭐⭐  Irma S.  August 16th, 2024
**July 13th Colorized Trump Silver Round**
Very nice silver round. One of my favorites!

⭐⭐⭐⭐⭐  Robert D.  August 16th, 2024
**July 13th Colorized Trump Silver Round**
Great looking coin! Fast shipping, very pleased with this company and coin.

**Read More Reviews**

---

### FREE Expert Consultation
**800.800.1865**

### GET FREE UPDATES
Enter your email
**SIGN ME UP!**

Follow Us

### RESOURCES
- Gold & Silver News
- Weekly Market Wrap (Podcast)
- Education Center
- FAQS
- Quarterly Newsletter
- Sell Your Gold & Silver
- Local Directory
- Whitelist Emails

### COMPANY
- About Us
- Contact Us
- Company Reviews
- Privacy Policy
- Non-Disclosure Policy
- Delivery & Returns
- Terms of Use & Legal Disclosures

### PROGRAMS
- Precious Metals Depository
- Monthly Plan
- Collateralized Loans
- Precious Metals IRA
- Gold Scholarship
- Referral Program
- Become an Affiliate

### LEARN MORE
- Gold price
- Silver price
- Platinum price
- Palladium price
- Copper prices
- Cryptocurrency prices

---

© 2024 Money Metals Exchange • P.O. Box 2599 • Eagle, ID • 83616-9120

Using this Service, Use, and Transaction Terms ("Terms") and Privacy Policy (collectively, the "Policies") govern your access to and use of this Website. By using the Website or engaging in transactions with Money Metals, you acknowledge that you have read and agree to be bound by the Policies, which are incorporated herein by reference. NOTICE REGARDING MARKET RISKS, ORDER ACCEPTANCE, AND CANCELATIONS: By placing an order online or over the phone with Money Metals Exchange, you agree to be bound by our Terms and liable for any and all losses in value of the items you ordered. You may not cancel any order after you place it with Money Metals. If you fail to follow through with timely payment on an order, you are responsible to Money Metals for any monetary damages (including, but not limited to, market losses, collection fees, setoffs, etc).